IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMYAH WASHINGTON, SR.** | : | CIVIL ACTION NO. 1:15-cv-849 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **U.S.P. CANAAN KITCHEN/FBOP,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

Before the Court in the captioned action is a July 13, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 6th day of August 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 11).

2) Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim.

3) The Clerk of Court shall **CLOSE** this case.

                                                            s/ Yvette Kane
                                                          YVETTE KANE, District Judge
                                                          United States District Court
                                                           Middle District of Pennsylvania